**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**HAROLD SHAWGNESSY SIMS**                                              **PLAINTIFF**

**v.**                                    **4:18CV00652 SWW**

**CINTHIA THAYOR, Circuit Court**
**Judge,** *et al*.                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  After a careful review of Mr. Sims's timely objections, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      This case is DISMISSED, WITHOUT PREJUDICE, for failure to state a claim on which relief may be granted;

2.      Dismissal counts as a "STRIKE," as defined by 28 U.S.C. § 1915(g); and

3.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of October, 2018.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE