UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HAROLD SHAWGNESSY SIMS**                                              **PLAINTIFF**

v.                              4:18CV00652 SWW

**CINTHIA THAYOR, Circuit Court
Judge,** *et al*.                                                        **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of October, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE